UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24521-CIV-MOORE-MCALILEY

MONSERRAT ROMERO,

    Plaintiff,

vs.

MY TRADE LLC, *et al.*

    Defendants.

_____/

## ORDER SETTING SETTLEMENT CONFERENCE

Pursuant to the Order of Reference entered by United States District Judge K. Michael Moore [DE 5], a Settlement Conference in this matter is scheduled to be held before the undersigned, commencing at **10:00 a.m. on January 25, 2016**, in the chambers of the undersigned, in the C. Clyde Atkins Courthouse, 301 N. Miami Avenue, Sixth Floor, Miami, Florida 33128. **FAILURE TO APPEAR ON TIME MAY RESULT IN CANCELLATION OF THE SETTLEMENT CONFERENCE AND THE IMPOSITION OF MONETARY SANCTIONS.**

    1.    No later than five days before the settlement conference, counsel must exchange copies of those documents that support either their statement of claim or defenses thereto (e.g., time sheets, pay stubs, etc.). By the same deadline counsel must speak by telephone or in person and identify any factual issues that need further development, and make every effort to exchange additional requested

1

**information. The Court expects the parties to arrive at the conference prepared to engage in fruitful settlement discussions.**

2. The Settlement Conference shall be attended by all parties, corporate representatives, and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this conference may result in the undersigned's *sua sponte* recommendation that sanctions be entered against the offending party.

3. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s) or the most recent demand, whichever is lower, shall also be present.

4. The Conference will not be continued absent a written motion and a showing of compelling circumstances.

5. Telephonic attendance will not be considered without the undersigned's prior permission, and unless extraordinary circumstances exist.

6. In the event this matter settles prior to the Conference, the parties shall immediately advise the undersigned's chambers.

7. The Conference shall be conducted without a court reporter and will not be tape recorded. All representations and statements made at the Conference shall remain confidential.

8. The parties shall take note that in civil actions the Court does not provide an interpreter for parties who do not speak English. In the event that a party requires an interpreter, it shall be that party's burden to provide one.

9. The parties are further advised that all electronic devices, including cell phones and laptop computers, with limited exceptions, are prohibited from being brought into the Federal Courthouse. Counsel are responsible for informing their clients of the Court's electronic device policy.

DONE and ORDERED in chambers at Miami, Florida this 7th day of January, 2015.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:

The Honorable K. Michael Moore
Counsel of record